**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES PIPE AND FOUNDRY COMPANY, LLC,

    Appellant,

v.

MICHAEL H. HOLLAND, MICHAEL MCKOWN, JOSEPH R. RESCHINI, and CARLO TARLEY, as Trustees of the United Mine Workers of America 1992 Benefit Plan, UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN, MICHAEL H. HOLLAND, MICHAEL MCKOWN, WILLIAM P. HOBGOOD, MARTY D. HUDSON, JOSEPH R. RESCHINI, CARL E. VANHORN, and GAIL R. WILENSKY, as Trustees of the United Mine Workers of America Combined Benefit Fund, and UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND,

    Appellees.

Case No: 8:19-cv-891-T-36

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.4(d), I certify that the instant action:

__X__   IS   related to the pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*JW Window Components, LLC v. Holland, et al.*, No. ___[*] (M.D. Fla.) (Notice of Appeal filed in *JW Window Components, LLC v. Holland*, Adv. Pro. No. 8:17-ap-00479-MGW (Bank. M.D. Fla.), on April 26, 2019).

*JW Aluminum Company v. Holland, et al.*, No. ___[*] (M.D. Fla.) (Notice of Appeal filed in *JW Aluminum Company v. Holland*, Adv. Pro. No. 8:17-ap-00480-MGW (Bankr. M.D. Fla.), on April 26, 2019).

---

[*] These cases have not yet been assigned cause numbers in the District Court.

*In re: Hillsborough Holdings Corporation*, Case Nos. 8:89-bk-9715 through 8:89-bk-9746 and 8:90-bk-11997 (Bankr. M.D. Fla.).

*In re United States Pipe and Foundry Company, LLC*, Case No. 8:89-bk-9744-RCT (Bankr. M.D. Fla.).

*In re JW Window Components Inc.*, Case No. 8:89-bk-09732-RCT (Bankr. M.D. Fla.).

*In re JW Aluminum Company*, Case No. 8:89-bk-09718-RCT (Bankr. M.D. Fla.).

*United States Pipe and Foundry Company, LLC v. Holland, el al.*, Adv. Pro. No. 8:17-ap-00478-MGW (Bankr. M.D. Fla.).

*JW Window Components, LLC v. Holland, et al.*, Adv. Pro. No. 8:17-ap-00479-MGW (Bank. M.D. Fla.).

*JW Aluminum Company v. Holland, et al.*, Adv. Pro. No. 8:17-ap-00480-MGW (Bankr. M.D. Fla.).

*Holland, et al. v. United States Pipe and Foundry Company, LLC*, Civil Action No. 16-cv-01577-ABJ (D.D.C.).

\_\_\_\_\_    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this **Notice of Pendency of Other Actions** upon each party no later than fourteen days after appearance of the party.

2

| | |
|---|---|
| Dated: April 30, 2019 | Respectfully submitted, |
| | /s/ *Scott A. Stichter* |
| | Scott A. Stichter (FBN 0710679) |
| | STICHTER, RIEDEL, BLAIN & POSTLER, P.A. |
| | 110 E. Madison Street, Suite 200 |
| | Tampa, Florida  33602 |
| | (813) 229-0144 – Phone |
| | (813) 229-1811 – Fax |
| | sstichter@srbp.com |
| | and |
| | Matthew W. Moran |
| | Thomas S. Leatherbury |
| | Marc A. Fuller |
| | R. Kent Piacenti |
| | VINSON & ELKINS LLP |
| | 2001 Ross Ave., Suite 3700 |
| | Dallas, Texas  75201-2975 |
| | (214) 220-7700 – Phone |
| | (214) 220-7716 – Fax |
| | mmoran@velaw.com |
| | tleatherbury@velaw.com |
| | mfuller@velaw.com |
| | kpiacenti@velaw.com |
| | *(Motions for admission pro hac vice forthcoming)* |
| | *Attorneys for Plaintiff United States Pipe and Foundry Company, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished on this 30th day of April, 2019, by the Court's CM/ECF system to all parties receiving electronic notice.

/s/ *Scott A. Stichter*
Scott A. Stichter (FBN 0710679)

US 6317751