**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES PIPE AND
FOUNDRY COMPANY, LLC,

    Appellant,

v.                                                                                                Case No: 8:19-cv-891-CEH

MICHAEL H. HOLLAND,
MICHAEL MCKOWN, JOSEPH R.
RESCHINI, CARLO TARLEY,
MICHAEL H. HOLLAND,
MICHAEL MCKOWN, WILLIAM P.
HOBGOOD, JOSEPH R. RESCHINI,
CARL E. VANHORN, GAIL R.
WILENSKY, UNITED MINE
WORKERS OF AMERICA 1992
BENEFIT PLAN, UNITED MINE
WORKERS OF AMERICA
COMBINED BENEFIT FUND and
MICHAEL W. BUCKNER,

    Appellees.
_____

**<u>ORDER</u>**

      This matter comes before the Court on the mandate of the United State Court of Appeals for the Eleventh Circuit (Doc. 75). In an opinion dated May 3, 2022, the Court of Appeals reversed the judgment of this Court and remanded the matter for further proceedings consistent with its opinion (Doc. 72). The Court of Appeals issued a mandate on June 8, 2022 (Doc. 75).

Accordingly, it is **ORDERED** that this matter is **REMANDED** to the Bankruptcy Court for further proceedings consistent with the opinion of the Court of Appeals.

**DONE** and **ORDERED** in Tampa, Florida on June 22, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties